UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARKS ONE CAR RENTAL, INC.

    Plaintiff,

vs.

Case No. 13-CV-14610-rsw

Honorable: Avery Cohn

AUTO CLUB GROUP INSURANCE COMPANY, a Michigan insurance entity; THE FARMERS AUTOMOBILE INSURANCE ASSOCIATION, an Illinois insurance entity, BRISTOL WEST INSURANCE COMPANY, an Ohio insurance entity; HELPPOINT CLAIM SERVICES, an Illinois corporation; 21st CENTURY INSURANCE COMPANY, a California insurance entity; CITIZENS INSURANCE COMPANY OF AMERICA, a Michigan insurance entity; NATIONWIDE INSURANCE COMPANY OF AMERICA, a Wisconsin insurance entity; TITAN Insurance company, a Michigan insurance entity; ALLIED INSURANCE COMPANY OF AMERICA, an Ohio insurance entity; FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, a Michigan insurance entity; THE HERTZ CORPORATION, a Delaware Corporation; and ENTERPRISE LEASING COMPANY OF DETROIT, a Michigan Corporation,

    Defendants.
_____/

CHARLES T. BUSSE (P49770)
BALIAN & BUSSE, PLC
Attorney for Plaintiff
811 S. Boulevard E.
Suite 200
Rochester Hills, MI 48307
(248) 402-0000

ABE M. BARLASKAR (P75171)
GREGORY GROMEK (P30164)
CHIARA MATTIESON (P64390)
PLUNKETT COONEY
Attorneys for Defendant
38505 Woodward Ave.
Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4000

*caption continued on following page*

| | |
|---|---|
| AMANDA A. KILL (P68988) | DONALD C BROWNELL (P48848) |
| JOSEPH A. AHERN (P38710) | VANDEVEER GARZIA |
| AHERN & KILL | Attorney for Defendant |
| Attorneys for Plaintiff | 1450 W. Long Lake Rd. |
| 430 N. Old Woodward, Second Floor | Suite 100 |
| Birmingham, MI 48009 | Troy, MI 48098-6330 |
| (248) 723-6101 | (248) 312-2800 |
| | |
| BENJAMIN W. JEFFERS (P57161) | CHERYL A. BUSH (P37031) |
| DYKEMA GOSSETT | BUSH, SEYFERTH & PAIGE, PLLC |
| Attorney for Defendant | Attorney for Defendant |
| 400 Renaissance Center | 3001 W. Big Beaver Road |
| Detroit, MI 48243-1668 | Suite 600 |
| (313) 586-6800 | Troy, MI 48084 |
| | (248) 822-7800 |
| LORI M. MCALLISTER (P39501) | |
| DYKEMA GOSSETT | MICHAEL P. COAKLEY (P35478) |
| Attorney for Defendant | SAMANTHA GALECKI (P74496) |
| 201 Townsend | MILLER, CANFIELD |
| Capital View Building | Attorneys for Defendant |
| Suite 900 | 150 W. Jefferson Avenue |
| Lansing, MI 48933-1551 | Suite 2500 |
| (517) 374-9100 | Detroit, MI 48226-4415 |
| | (313) 496-7531 |
| PAUL D. HUDSON (P56984) | |
| MILLER, CANFIELD, PADDOCK & STONE, P.L.C. | |
| Attorney for Defendant | |
| 277 S. Rose Street | |
| Suite 5000 | |
| Kalamazoo, MI 49007 | |
| (269) 383-5805 | |

_____/

**RESPONSE TO DEFENDANTS NATIONWIDE INSURANCE COMPANY OF AMERICA, TITAN INSURANCE COMPANY, AND ALLIED INSURANCE COMPANY OF AMERICA'S MOTION TO DISMISS THE COMPLAINT**

Plaintiff, Marks One Car Rental, Inc., through its attorneys, Ahern & Kill and Balian & Busse, PLC, respectfully requests that this Court deny all relief sought in Defendants Nationwide Insurance Company of America, Titan Insurance Company, and Allied Insurance Company of

2

America's Motion to Dismiss the Complaint, for the reasons set forth in the accompanying Brief in Support of its Response to Defendants Nationwide Insurance Company of America, Titan Insurance Company, and Allied Insurance Company of America's Motion to Dismiss the Complaint

                                        Respectfully submitted,

                                        _/s/ Charles T. Busse_
                                        Charles T. Busse (P49770)
                                        Attorney for Plaintiff
                                        811 South Blvd E., Suite 200
                                        Rochester Hills, Michigan 48307
                                        (248) 402-0000
                                        chuck@busselaw.com

                                        and

                                        **AHERN KILL**

                                        _/s/ Amanda A. Kill_
                                        AMANDA A. KILL (P68988)
                                        Attorney for Plaintiff
                                        430 N. Old Woodward, Second Floor
                                        Birmingham, MI 48009

January 8, 2014

AHERN & KILL P.C. · ATTORNEYS AND COUNSELLORS · 430 N OLD WOODWARD AVE · SECOND FLOOR · BIRMINGHAM, MICHIGAN 48009 ·(248) 723-6101