UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARKS ONE CAR RENTAL, INC.

      Plaintiff,

vs.

      Case No. 13-CV-14610-RSW
      Honorable: Avern Cohn

AUTO CLUB GROUP INSURANCE
COMPANY, ET AL.,

      Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the stipulation of the parties, IT IS HEREBY ORDERED THAT all claims by Plaintiffs Marks One Car Rental, Inc., Marks One, LLC and Maher Waad in this action against Defendants, Nationwide Insurance Company of America, Titan Insurance Company, and Allied Insurance Company of America, including those in the First Amended Complaint and those sought in the proposed Second Amended Complaint, are dismissed with prejudice and without fees or costs to any party.

      SO ORDERED.

      s/Avern Cohn
      United States District Court Judge

Dated: May 21, 2014

**STIPULATED AS TO FORM AND SUBSTANCE:**

/s/ Steven A. Haney
Steven A. Haney (P63947)
Busse, Haney & Associates, PLLC
Attorney for Plaintiff
14500 West 8 Mile Road, Suite 3-1
Oak Park, Michigan  48317
(248) 414-1470
steve@bussehaney.com

Dated:  May 20, 2014

/s/ Stephanie A. Douglas
Stephanie A. Douglas (P70272)
Bush, Seyferth & Paige, PLLC
Attorney for Defendants Nationwide Insurance Company, Titan Insurance Company, and Allied Insurance Company of America
3001 W. Big Beaver Road, Suite 600
Troy, MI 48084
(248) 822-7800
douglas@bsplaw.com

Dated:  May 20, 2014