UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARKS ONE CAR RENTAL, INC., MARKS
ONE LLC, d/b/a/ MARKS ONE COLLISION,
and MAHER WAAD,

    Plaintiffs,

vs.                                                         Case No. 13-14610

AUTO CLUB GROUP INSURANCE              HON. AVERN COHN
COMPANY, THE FARMERS INSURANCE
EXCHANGE, BRISTOL WEST INSURANCE
COMPANY, 21st CENTURY INSURANCE COMPANY,
CITIZENS INSURANCE COMPANY OF AMERICA,
FOREMOST INSURANCE COMPANY
GRAND RAPIDS MICHIGAN, and
GEICO GENERAL INSURANCE COMPANY,

    Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE
## DISMISSING CERTAIN DEFENDANTS
## AND
## SETTING A SCHEDULE
## AND
## STAYING PROCEEDINGS ON FARMERS' COUNTERCLAIM

I.

This is a complex business tort case. Following motions to dismiss the Second Amended Complaint (Docs. 103, 104, 124), the following Counts are at issue:

        Count I        Tortious Interference with Business Expectancy (against all defendants)

        Count II      Defamation (against all defendants)

        Count IV     Civil Conspiracy (all defendants)

  Count V  Unlawful Discrimination under 42 U.S.C. § 1981 (against Farmers Insurance Exchange, Farmers Insurance Company, Bristol West Insurance Company, 21st Century Insurance)

On December 16, 2014, the Court held a status conference with the parties at which it shaped the course of the case leading up to the final pretrial conference as follows:

A.

1. Bristol West Insurance Company, 21st Century Insurance Company, and Foremost Insurance Company Grand Rapids are DISMISSED without prejudice.

B.

1. Written discovery requests shall be filed by January 15, 2015.
2. Defendants, through counsel for Farmers (Benjamin Jeffers) shall use their best efforts to coordinate their written discovery requests and responses to plaintiffs' written discovery requests.
3. No deposition notices shall be filed prior to February 1, 2015.
4. By January 5, 2015, plaintiffs shall file a detailed account of their damages claim.
5. Discovery shall close on June 30, 2015 but may for good cause be extended.
6. No discovery motion shall be filed without prior consent. If a discovery dispute arises, the parties shall first contact the Court.
7. A final pretrial conference will be held in August 2015.

C.

Proceedings on plaintiffs' motion to dismiss Farmers' counterclaim (Doc. 138) are STAYED until further order of the Court.

III.

SO ORDERED.

      S/Avern Cohn  
      AVERN COHN  
      UNITED STATES DISTRICT JUDGE

Dated:  December 18, 2014  
      Detroit, Michigan

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 18, 2014, by electronic and/or ordinary mail.

      S/Sakne Chami  
      Case Manager, (313) 234-5160