**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARKS ONE CAR RENTAL, INC., a
Michigan corporation; MARKS ONE, LLC
A Michigan limited liability company d/b/a
MARKS ONE COLLISION; MAHER WAAD,
An individual

        Plaintiffs,   **Stipulated Order of Dismissal as to Defendant Auto Club only**

vs.   Case No. 13-CV-14610
Hon. Avern Cohn

AUTO CLUB GROUP INSURANCE COMPANY,
A Michigan insurance entity; FARMERS INSURANCE EXCHANGE,
A California insurance entity; CITIZENS INSURANCE COMPANY
OF AMERICA, a Michigan insurance entity; and GEICO GENERAL
INSURANCE COMPANY, a Georgia corporation;

        Defendants.
_____/

| | |
|---|---|
| STEVEN M. HYDER (P69875)<br>Attorney for Plaintiff<br>14930 Laplaisance Rd, Ste 119 Monroe, MI 48161<br>(734) 241-6611<br>hyders@hyderlawfirm.net | DONALD C. BROWNELL (P48848)<br>ALICIA SIEFER LABEAU (P70874)<br>VANDEVEER GARZIA, P.C.<br>Attorneys for Defendant Auto Club<br>840 W. Long Lake Road, Suite 600<br>Troy, MI 48098-6330<br>(248) 312-2800<br>dbrownell@vgpclaw.com |
| Muneeb M. Ahmad (P70391)<br>Syed Hussain Akbar (P67967<br>AHMAD & AKBAR LAW, PLLC<br>Attorneys for Plaintiff<br>900 Wilshire Drive, Ste. 202<br>Troy, MI 48084<br>T. (248) 519-2313 /<br>F. (248) 519-2399<br>Muneeb@ahmadandakbar.com<br>Hussain@ahmadandakbar.com | SAMUEL C. DAMREN (P25522)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Deft. Farmers<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313) 568-5340<br>bjeffers@dykema.com |

| | |
|---|---|
| MICHAEL F. SCHMIDT (P25213) | LORI McALLISTER (P39501) |
| NATHAN G. PEPLINSKI (P66596) | AARON L. VORCE  (P68797) |
| HARVEY KRUSE, P.C. | DYKEMA GOSSETT PLLC |
| Attorney for Deft. GEICO | Attorney for Deft. Citizens |
| 1050 Wilshire Drive, Ste. 320 | 201 Townsend St., Ste. 900 |
| Troy, MI 48084 | Lansing, MI 48933 |
| 248-649-7800 | (517) 374-9150 |
| mschmidt@harveykruse.com | Lmcallister@dykema.com |
| | |
| Bruce Culter | MARC A. DELDIN (P71041) |
| Attorney for Plaintiff | Attorney for Plaintiff |
| 260 Madison Avenue, 22nd Floor | 48 S. Main St., Ste. 3 |
| New York, NY 10016 | Mount Clemens, MI  48043 |
| (212) 679-6669 | (586) 741-8116 |
| (212) 873-7192 Facsimile | marc@deldinlaw.com |
| Bruce@brucecutler.com | |

                                                                                       /

### STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT AUTO CLUB GROUP INSURANCE COMPANY ONLY WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court held in the Courthouse, Detroit, Michigan on October 12, 2016

PRESENT:   HONORABLE AVERN COHN
                       U. S. District Court Judge

IT IS HEREBY ORDERED that Plaintiffs' Complaint against Auto Club Group Insurance Company, only, be dismissed, with prejudice and without costs.  This is not the last pending claim and does not close this case.

S/Avern Cohn
U. S. District Court Judge

Dated:  October 12, 2016

VANDEVEER GARZIA, P.C.

I hereby stipulate to the entry of the above Order.

| | |
|---|---|
| /s/ Muneeb M. Ahmad<br>Muneeb M. Ahmad (P70391)<br>Syed Hussain Akbar (P67967<br>AHMAD & AKBAR LAW, PLLC<br>Attorneys for Plaintiff<br>900 Wilshire Drive, Ste. 202<br>Troy, MI 48084<br>T. (248) 519-2313 /<br>F. (248) 519-2399<br>Muneeb@ahmadandakbar.com<br>Hussain@ahmadandakbar.com | /s/ Donald C. Brownell<br>DONALD C. BROWNELL (P48848)<br>VANDEVEER GARZIA, P.C.<br>Attorney for Defendant Auto Club<br>840 W. Long Lake Rd., Ste. 600<br>Troy, MI 48098<br>(248) 312-2800<br>dbrownell@vgpclaw.com |
| /s/ Samuel C. Damren<br>SAMUEL C. DAMREN (P25522)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Deft. Farmers<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313) 568-5340<br>bjeffers@dykema.com | /s/ Michael F. Schmidt<br>MICHAEL F. SCHMIDT (P25213)<br>NATHAN G. PEPLINSKI (P66596)<br>HARVEY KRUSE, P.C.<br>Attorney for Deft. GEICO<br>1050 Wilshire Drive, Ste. 320<br>Troy, MI 48084<br>248-649-7800<br>mschmidt@harveykruse.com |
| /s/ Lori McAllister<br>LORI McALLISTER (P39501)<br>AARON L. VORCE  (P68797)<br>DYKEMA GOSSETT PLLC<br>Attorney for Deft. Citizens<br>201 Townsend St., Ste. 900<br>Lansing, MI 48933<br>(517) 374-9150<br>Lmcallister@dykema.com | |