UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARKS ONE CAR RENTAL, INC., a Michigan corporation; MARKS ONE, LLC, a Michigan limited liability company, d/b/a MARKS ONE COLLISION; MAHER WAAD, an individual,

    Plaintiffs,

vs.    Case No. 13-CV-14610-RSW
    Hon. Avern Cohn

AUTO CLUB GROUP INSURANCE COMPANY, a Michigan insurance entity; FARMERS INSURANCE EXCHANGE, a California insurance entity; CITIZENS INSURANCE COMPANY OF AMERICA, a Michigan insurance entity; GEICO GENERAL INSURANCE COMPANY, a Georgia corporation,

    Defendants.
_____/

**STIPULATION FOR DISMISSAL OF THE PLAINTIFFS' COMPLAINT AGAINST GOVERNMENT EMPLOYEES INSURANCE COMPANY IMPROPERLY NAMED GEICO GENERAL INSURANCE COMPANY**

IT IS HEREBY STIPULATED by and between the attorneys for the respective parties that the plaintiffs' complaint and all claims against the defendant, Government Employees Insurance Company improperly named GEICO General Insurance Company,

-1-

are dismissed with prejudice and without costs. This dismissal is not the last pending claim and does not close this case.

| | |
|---|---|
| /s/Mark Deldin_____ <br> Mark Deldin P71041 <br> Attorney for Plaintiff | /s/Michael F. Schmidt_____ <br> Michael F. Schmidt P25213 <br> Attorney for GEICO |
| /s/ Lori McAllister_____ <br> Lori McAllister P39501 <br> Attorney for Citizens | /s/ Sam Damren <br> Samuel Damren P25522 <br> Attorney for Farmers |

**ORDER DISMISSING PLAINTIFF'S COMPLAINT AGAINST GOVERNMENT EMPLOYEES INSURANCE COMPANY, IMPROPERLY NAMED GEICO GENERAL INSURANCE COMPANY**

At a session of said court held in the Federal Building, City of Detroit, County of Wayne, State of Michigan on the 9th day of January, 2017.

PRESENT:  HONORABLE AVERN COHN
                      U. S. District Judge

In accordance with the above Stipulation,

IT IS HEREBY ORDERED that the plaintiffs' complaint and all claims against the defendant, Government Employees Insurance Company improperly named GEICO Insurance Company, are dismissed with prejudice and without costs. This dismissal is not the last pending claim and does not close this case.

                                                  s/Avern Cohn
                                                  U. S. District Judge

Dated: January 9, 2017

**HARVEY KRUSE**
ATTORNEYS & COUNSELORS   A PROFESSIONAL CORPORATION
1050 WILSHIRE DRIVE, SUITE 320, TROY, MICHIGAN 48084-1526   248-649-7800