UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARKS ONE CAR RENTAL, INC., MARKS
ONE LLC, d/b/a/ MARKS ONE COLLISION,
and MAHER WAAD,

    Plaintiffs,

vs.                                                Case No. 13-14610

FARMERS INSURANCE EXCHANGE          HON. AVERN COHN
CITIZENS INSURANCE COMPANY OF
AMERICA,

    Defendants.
_____/

**ORDER GRANTING MOTIONS TO WITHDRAW (Docs. 246, 250)
AND DISMISSING CITIZENS INSURANCE COMPANY OF AMERICA
AND STAYING PROCEEDINGS
AND DENYING AS MOOT DISCOVERY MOTIONS (Docs. 191, 199)**

Plaintiffs Marks One Car Rental, Inc., Marks One, LLC, Marks One Collision, and Maher Waad (Waad) sued several insurance companies alleging wrongdoing in the manner in which defendants treated Waad and his businesses. Currently, only Citizens Insurance Company of American (Citizens) and Farmers Insurance Exchange (Farmers) remain as defendants.

Before the Court are motions to withdraw by plaintiff's counsel. (Docs. 246, 250). See also Docs. 255, 257. The matter was heard on March 9, 2017. This order memorializes the Court's rulings at the hearing.

    1.    The motions to withdraw are GRANTED. Plaintiffs have no counsel of record.

2. Plaintiffs shall have sixty (60) days in which to obtain new counsel. While Maher Waad may chose to represent himself, Marks One Car Rental Inc. and Marks One LLC must be represented by counsel. If the corporate plaintiffs do not obtain counsel within 60 days, they will be dismissed.

3. Citizens is DISMISSED.

4. The Court will hold a status conference in 65 days.

5. Proceedings are STAYED until the status conference.

6. In light of these rulings, the pending discovery motions (Docs. 191, 199) are DENIED AS MOOT.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: March 9, 2017
Detroit, Michigan