UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

MARKS ONE CAR RENTAL, INC., et al

    Plaintiffs

V.

FARMERS INSURANCE EXCHANGE

    Defendants

Case No. 2:13-cv-14610

Hon. Avern Cohn

---

## NOTICE OF APPEAL

Notice is hereby given that ALL PLAINTIFFS in the above named case hereby appeal to the United States Court of Appeals for the Sixth Circuit from a **MEMORANDUM AND ORDER GRANTING FARMERS' MOTION FOR SUMMARY JUDGMENT (Doc. 273) AND DISMISSING CASE** entered on this action on March 05, 2018.

/s/ Patrick J. Drake

Patrick J. Drake (P43713)
Patrick J. Drake, PLC
P.O. Box 6425
Plymouth, MI 48170
248-421-4389